# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 913
:
APPOINTMENT TO THE CONTINUING : SUPREME COURT RULES DOCKET
LEGAL EDUCATION BOARD :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2022, the Honorable Clyde W. Waite, Bucks County, is hereby appointed as a member of the Continuing Legal Education Board for a term expiring January 1, 2025.